**Opinion issued September 12, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00648-CV

———————————

## IN RE HON. CHRISTOPHER DUPUY, Relator

---

### Original Proceeding on Petition for Accelerated Writ of Mandamus

---

### MEMORANDUM OPINION

By petition for writ of mandamus, relator Hon. Christopher Dupuy, challenges the trial court's denial of his motion to dismiss.[1]

---

[1]     The underlying case is *State of Texas ex rel. Hughes v. Dupuy*, No. 13-CV-0701, in the 10th District Court of Galveston County, Texas, the Honorable Robert J. Kern presiding.

We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot** and the **stay granted by this court on July 29, 2013 is hereby lifted.**

## PER CURIAM

Panel consists of Justices Jennings, Sharp, and Brown.